



_____
Laura T. Beyer
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

IN RE:
Michael Lee Bruegging
Alexis Ford
SSN#: XXX-XX-7735
SSN#: XXX-XX-5010

Case No. 19-50709

Chapter 13

Related Docket #: 47

## AMENDED ORDER CONFIRMING PLAN

THIS CAUSE COMING ON FOR HEARING BEFORE THE UNITED STATES BANKRUPTCY COURT for consideration of a Chapter 13 plan proposed by the above-referenced debtors and upon the recommendation of the Chapter 13 Trustee, the Court hereby finds and concludes as follows:

1. The debtors have proposed a plan, including all pre-confirmation modifications to the proposed plan as were filed, and including any motions for valuation of security and lien avoidance as may be contained in the plan, all of which are incorporated by reference herein.

2. Notice of the proposed plan, including any modifications to the plan and any motions as referenced hereinabove, was properly given to all necessary parties in interest.

3. The proposed plan, with any modifications and motions included in the proposed plan, complies with all applicable provisions of the Bankruptcy Code, Bankruptcy Rules, and Local Rules.

Based upon the foregoing, **IT IS HEREBY ORDERED** as follows:

1. The proposed plan of the debtors is **CONFIRMED** as follows:

   A. The plan payment is set at $1665 for 60 month(s).

   B. Debtors are not eligible for discharge unless case pays 100%.

2. Any motions for valuation of security and/or lien avoidance are **GRANTED.**

3. The Trustee shall receive and disburse funds pursuant to the terms of the confirmed plan, applicable provisions of title 11, U.S.C., and any relevant administrative orders of the Court now in effect and that may be entered in the future.

4. **All Real Property Creditors** who receive Conduit Payments from the Trustee shall Credit the First Conduit Payments as follows:

   Home Point Financial Corporation          June 2020          Court Claim #: 4

Any party in interest who objects to this **Disbursement Credit Date** shall file such objection with the Clerk of Court within fifteen (15) days of the date of entry of this order. The Court shall schedule a hearing with notice to all affected parties in interest on any such objections that are timely filed.

Plan Summary Docket #(s): 33,43

This Order has been signed electronically.
The Judge's signature and Court's seal
appear at the top of the Order.

UNITED STATES BANKRUPTCY COURT